**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PROGENYHEALTH LLC**,<br>*Plaintiff,*<br>v.<br>**PROGYNY INC.**,<br>*Defendant.* | **Case No. 2:26-cv-02450-JDW** |

**SCHEDULING ORDER**

**AND NOW**, this 13th day of August, 2026, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows.

1. On or before August 26, 2026, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter to me, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, that identifies the dates that will be set aside for these depositions.

2. All motions to amend any pleading and to join or add additional parties shall be filed on or before August 21, 2026.

3. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before March 19, 2027.

4. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before April 30, 2027.

5. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

6. The Parties shall complete all discovery by May 21, 2027. The Parties must make all requests far enough in advance to permit responses before the close of discovery.

7. Motions for summary judgment, if any, shall be filed by July 2, 2027. Motions for summary judgment and responses shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

8. Counsel for all Parties shall refer to my Policies and Procedures regarding all matters of discovery and correspondence with my Chambers.

9. This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate.

10. On or before September 29, 2026, the Parties shall submit a joint letter, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, apprising me as to the status of the case and listing any unresolved discovery disputes. Counsel for the Parties shall appear for a telephonic status conference on October 1, 2026 at 3:30 p.m.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.