**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PROGENYHEALTH LLC**, *Plaintiff*, v. **PROGYNY INC.**, *Defendant*. | **Case No. 2:26-cv-02450-JDW** |

**ORDER**

**AND NOW**, this 1st day of October, 2026, following a telephone status conference with counsel for the Parties, it is **ORDERED** that Parties will convene for a telephone status update on November 23, 2026 at 11:00 a.m. The Parties shall file a joint status update prior to the conference on or before November 16, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.