**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PROGENYHEALTH LLC**,

*Plaintiff*,

v.

**PROGYNY INC.**,

*Defendant*.

**Case No. 2:26-cv-02450-JDW**

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 23rd day of November, 2026, following a telephone status conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** that my prior Scheduling Order (ECF No. 27) is **AMENDED** as follows.

1. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before May 7, 2027.

2. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before June 11, 2027.

3. The Parties shall complete all discovery by July 2, 2027. The Parties must make all requests far enough in advance to permit responses before the close of discovery.

4. Motions for summary judgment, if any, shall be filed by August 13, 2027. Motions for summary judgment and responses shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

**I will not grant further extensions of these deadlines.**

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.